■ In the Matter of JAMES R. LANGIONE, a Suspended Attorney. [28 NYS3d 344]—Motion by James R. Langione for reinstatement to the bar as an attorney and counselor-at-law. Mr. Langione was admitted to the bar at a term of the Appellate Division of the Supreme Court in the Second Judicial Department on February 17, 1982.

By decision and order on application of this Court dated

March 4, 2013, the Grievance Committee for the Ninth Judicial District was authorized to institute and prosecute a disciplinary proceeding against Mr. Langione, based upon the acts of professional misconduct alleged in a verified petition dated December 21, 2012. By opinion and order of this Court dated June 24, 2015, Mr. Langione was suspended from the practice of law for a period of six months (*see Matter of Langione*, 131 AD3d 199 [2015]).

Upon the papers filed in support of the motion and the papers filed in relation thereto, it is

Ordered that the motion is granted, effective immediately, James R. Langione is reinstated as an attorney and counselor-at-law, and the Clerk of the Court is directed to restore the name of James R. Langione to the roll of attorneys and counselors-at-law. Eng, P.J., Mastro, Rivera, Dillon and Balkin, JJ., concur.